```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                       DISTRICT OF VERMONT
```

JEAN PAUL SOULIERE,               :
               Plaintiff,       :
                                :
        v.                        : Docket No. 2:08-CV-40
                                :
ROBERT HOFMANN, VERMONT           :
DEPARTMENT OF CORRECTIONS,        :
DAVID BOULANGER,                  :
MARK LALIBERTE, KEVIN ODDY,       :
FRED FIGUEROA, CORRECTIONS        :
CORPORATION OF AMERICA,           :
JOHN FERGUSON, OFFICER TURNER,    :
               Defendants.      :

<u>ORDER</u>

The Report and Recommendation of the United States Magistrate Judge was filed January 12, 2009.  After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

The defendants' unopposed motions to dismiss (Papers 12, 15 and 25) are **GRANTED**, and all claims against defendants Robert Hofmann, Vermont Department of Corrections, David Boulanger, Mark Laliberte, Kevin Oddy, Fred Figueroa, Corrections Corporation of America and John Ferguson, is **DISMISSED**.  In addition, all claims brought against Officer Turner are **DISMISSED** without prejudice.

Dated at Burlington, in the District of Vermont, this 2nd day of February, 2009.

<u>/s/ William K. Sessions III</u>  
William K. Sessions III  
Chief Judge